**ALCOCK & ASSOCIATES, P.C.**
Vernon Lorenz, 015882
2 N. Central Ave., 26th Floor
Phoenix, Arizona 85004
Telephone: (602) 404-6000
vlorenz@alcocklaw.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jesus David Vega Rivera,<br><br>Defendant. | 2:24-cr-00258-SMB-3<br><br>**DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT**<br><br>(Defendant is in Custody) |

Defendant Jesus David Vega Rivera, by counsel, hereby submits his objections to the August 5, 2024, Draft Presentence Report (PSR) as follows.

**I. Objection(s)**

A. Mr. Vega-Rivera objects to the 4-level enhancement for being involved in the purchase of between 8 and 24 firearms.

B. Mr. Vega-Rivera objects to the 4-level enhancement for "coordinating the actions of Galvan and Macias" "with the knowledge, intent or reason to believe that it would be transported out of the United States."

C. Mr. Vega-Rivera objects to the 4-level enhancement asserting Mr. Vega-Rivera was an organizer or leader of a criminal activity that involved 5 or more participants or was otherwise extensive.

RESPECTFULLY SUBMITTED this 14th day of August 2024.

**ALCOCK & ASSOCIATES, P.C.**

By:*/s/Vernon Lorenz*
Vernon Lorenz

**Certificate of Service**

I hereby certify that on the 14th day of August 2024, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registered participants of this case. A copy was emailed to the Honorable Susan M. Brnovich.