JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JEFFREY A. WILLIAMS, #012605
Asst. Federal Public Defender
Attorney for Defendant
jeffrey_williams@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Alfredo Macias, et al.,

Defendant.

No. CR-24-00258-01-PHX-KML

**OBJECTIONS TO THE PRESENTENCE REPORT**

The defendant, Alfredo Macias, through undersigned counsel, objects to paragraph 33 of the Presentence Report and the three (3) level upward adjustment pursuant to USSG sec. 3B1.1(b) because there is insufficient evidence to support the allegation that he was a manager or supervisor of criminal activity that involved five or more participants.

1. The PSR (Report) does not state who the defendant managed or supervised;
2. The Report does not state how the defendant acted as a manager or supervisor;
3. There is no evidence that the defendant had any decision making authority or control over the others involved;
4. There is no evidence the defendant was involved in recruiting any of the other participants involved;
5. There is no evidence the defendant received a greater share of any profits because of his role as a manager or supervisor;
6. There is no evidence the defendant was involved in training or instructing any of the other participants;

7. There is no evidence that the defendant coordinated the activities or communications of any of the other participants; and
8. There is no evidence the defendant was the planner or architect of the scheme or conspiracy.

In the present case the defendant was merely an equal participant and not a manager or supervisor and therefore his objection to paragraph 33 should be sustained.

Respectfully submitted: September 9, 2024.

JON M. SANDS
Federal Public Defender

*s/Jeffrey A. Williams*
JEFFREY A. WILLIAMS
Asst. Federal Public Defender